Jeffrey B. Gardner, Bar No. 115648
Hydee J. Mulichak, Bar No. 158779
Cathy A. Knecht, Bar No. 226275
BARRY, GARDNER & KINCANNON
A Professional Corporation
5000 Birch Street, Suite 420
Newport Beach, California 92660
Tel: (949) 851-9111 Fax: (949) 851-3935

Attorneys for
Karen Sue Naylor, Chapter 7 Trustee

FILED
SEP 26 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

U. S. BANKRUPTCY COURT
ENTERED
SEP 27 2006
Jon D. Ceretto, Clerk of Court
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ORIGINAL

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>ELECTRIC IMAGE, INC.,<br><br>Debtor. | Case No. SA02-16099-RA<br><br>Adv. No. SA05-01353-RA |
| KAREN SUE NAYLOR, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT PARSCALE, RITA PARSCALE, BRADLEY PARSCALE, EI TECHNOLOGY GROUP, LLC,<br><br>Defendants. | **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING; ORDER THEREON**<br><br>[No Hearing Required] |
| AND RELATED CROSS-ACTIONS. | |

THIS STIPULATION by and between Karen Sue Naylor, Chapter 7 Trustee ("Trustee"), Dwight Parscale ("Dwight"), Rita Parscale ("Rita"), Bradley Parscale ("Bradley"), and EI Technology Group LLC ("EI"), (collectively "Defendants"), by and through their respective counsel, is made pursuant to the following facts:

**RECITALS**

1. On or about August 8, 2002, Electric Image, Inc. ("Debtor"), filed its petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Central District of California, bearing case number SA02-16099-RA ("Bankruptcy Action"). By order entered January 16, 2004, the case was converted to one under Chapter 7.

2. Trustee is the duly appointed, qualified and acting Chapter 7 Trustee of the Bankruptcy Estate.

3. On July 26, 2006, the Court entered an Order Approving Compromise of Controversies Between Chapter 7 Trustee and Defendants Dwight Parscale, Rita Parscale, Bradley Parscale, EI Technologies, Inc., Luke Zouvas and Mark A. Reed ("Compromise Order").

4. Pursuant to the settlement agreement between the parties and the Compromise Order, the within adversary proceeding was to be dismissed, with prejudice, as against Defendants after receipt of the Settlement Sums and an order was entered by the Court approving the compromise.

5. Similarly, Dwight's Counterclaim was to be dismissed, with prejudice, as against the Trustee after receipt of the Settlement Sums and an order was entered by the Court approving the compromise.

6. The parties have executed the settlement agreement, the Settlement Sums have been received by the Trustee, and the Court has approved the compromise, and as a result thereof, all conditions precedent for the dismissal of the within adversary proceeding, including all counter claims and cross actions, have been satisfied.

///

///

IT IS THEREFORE STIPULATED AND AGREED that this entire adversary action, including all counter claims and cross actions, should be DISMISSED with prejudice.

Dated: 9-18-06

BARRY, GARDNER & KINCANNON
A Professional Corporation

Hydee J. Mulichak
Cathy A. Knecht
Attorneys for Karen Sue Naylor, Chapter 7 Trustee

DATED: ______________

LAW OFFICES OF THOMAS H. CASEY

Kathleen M. Goldberg
Attorneys for Dwight Parscale

DATED: ______________

R. Glen Ayers, Jr.
Attorneys for EI Technology Group LLC, Dwight Parscale, Rita Parscale and Bradley Parscale

**ORDER**

Good cause appearing therefor, IT IS ORDERED that this entire adversary action, including all counter claims and cross actions, is hereby DISMISSED with prejudice.

DATED: 9/26/06

ERITHE A. SMITH
UNITED STATES BANKRUPTCY JUDGE

IT IS THEREFORE STIPULATED AND AGREED that this entire adversary action, including all counter claims and cross actions, should be DISMISSED with prejudice.

Dated: ____________________

BARRY, GARDNER & KINCANNON
A Professional Corporation

______________________________
Hydee J. Mulichak
Cathy A. Knecht
Attorneys for Karen Sue Naylor, Chapter 7 Trustee

DATED: September 15, 2006

LAW OFFICES OF THOMAS H. CASEY

Thomas H. Casey
for Kathleen M. Goldberg
Attorneys for Dwight Parscale

DATED: ____________________

______________________________
R. Glen Ayers, Jr.
Attorneys for EI Technology Group LLC, Dwight Parscale, Rita Parscale and Bradley Parscale

**ORDER**

Good cause appearing therefor, IT IS ORDERED that this entire adversary action, including all counter claims and cross actions, is hereby DISMISSED with prejudice.

DATED:

______________________________
ERITHE A. SMITH
UNITED STATES BANKRUPTCY JUDGE

IT IS THEREFORE STIPULATED AND AGREED that this entire adversary action, including all counter claims and cross actions, should be DISMISSED with prejudice.

Dated: ____________________

BARRY, GARDNER & KINCANNON
A Professional Corporation

____________________
Hydee J. Mulichak
Cathy A. Knecht
Attorneys for Karen Sue Naylor, Chapter 7 Trustee

DATED: ____________________

LAW OFFICES OF THOMAS H. CASEY

____________________
Kathleen M. Goldberg
Attorneys for Dwight Parscale

DATED: 9/15/06

____________________
R. Glen Ayers, Jr.
Attorneys for EI Technology Group LLC, Dwight Parscale, Rita Parscale and Bradley Parscale

**ORDER**

Good cause appearing therefor, IT IS ORDERED that this entire adversary action, including all counter claims and cross actions, is hereby DISMISSED with prejudice.

DATED:

____________________
ERITHE A. SMITH
UNITED STATES BANKRUPTCY JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5000 Birch Street, Suite 420, Newport Beach, California 92660.

On September 18, 2006, I served the foregoing document described as **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDINGS' ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

/X/ [BY MAIL] I am readily familiar with the firm's business practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/X/ [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 18, 2006, at Newport Beach, California.

Adrienne Montano

H:\6821\Pleading\0019 Parscale Adversary\stip dismiss.wpd

In re Electric Image, Inc.
Case No. SA02-16099-RA
Case No. SA05-01353-RA

**SERVICE LIST**

Debtor
Electric Image, Inc.
931 Calle Negocio #H
San Clemente, CA 92673

Attorney for Debtor
Mark A. Reed
17710 Balboa Avenue #316
San Diego, CA 92111

Chapter 7 Trustee
Karen Sue Naylor
P.O. Box 504
Santa Ana, CA 92702-0504

U.S. Trustee
United States Trustee
411 West Fourth Street #9041
Santa Ana, CA 92701

Attorney for Luke Zouvas
Christopher A. Minier
Law Offices of Todd C. Ringstad
2030 Main Street #1200
Irvine, CA 92614

Attorney for Defendants Dwight Parscale, Rita Parscale, Bradley J. Parscale and EI Technology Group, LLC
R. Glen Ayers, Jr.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

Co-counsel for Defendant and Counter Claimant Dwight Parscale
Thomas Casey
Law Office of Thomas H. Casey
22342 Avenida Empresa, #260
Rancho Santa Margarita, CA
92688-2141

**NOTE TO USERS OF THIS FORM:**

*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>ELECTRIC IMAGE, INC.<br>Debtor. | CHAPTER 07<br>CASE NUMBER: SA02-16099-RA |
|---|---|

Adversary No. SA05-01353-RA

## NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING; ORDER THEREON

   was entered on *(specify date)*: 9/27/06

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): 9/27/06

Dated: 9/27/06

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

**By:** Elizabeth Steinberg
**Deputy Clerk**

*Rev. 1/01* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 9021-1.1**

In re Electric Image, Inc.
Case No. SA02-16099-RA
Case No. SA05-01353-RA

**SERVICE LIST**

Debtor
Electric Image, Inc.
931 Calle Negocio #H
San Clemente, CA 92673

Attorney for Debtor
Mark A. Reed
17710 Balboa Avenue #316
San Diego, CA 92111

Chapter 7 Trustee
Karen Sue Naylor
P.O. Box 504
Santa Ana, CA 92702-0504

U.S. Trustee
United States Trustee
411 West Fourth Street #9041
Santa Ana, CA 92701

Attorney for Luke Zouvas
Christopher A. Minier
Law Offices of Todd C. Ringstad
2030 Main Street #1200
Irvine, CA 92614

Attorney for Defendants Dwight Parscale, Rita Parscale, Bradley J. Parscale and EI Technology Group, LLC
R. Glen Ayers, Jr.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

Co-counsel for Defendant and Counter Claimant Dwight Parscale
Thomas Casey
Law Office of Thomas H. Casey
22342 Avenida Empresa, #260
Rancho Santa Margarita, CA 92688-2141

Attorney for Chapter 7 Trustee
Hydee J. Mulichak, Esq.
Barry, Gardner & Kincannon, APC
5000 Birch Street, Suite 420
Newport Beach, CA 92660